IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL DAVID WHITE,

          Plaintiff,                 No. CIV S-04-2276 GEB GGH P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

          Defendants.          <u>ORDER</u>

_____/

         Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

         On February 17, 2005, the court ordered the United States Marshal to serve the complaint on defendants.  Process directed to defendant S. Mancayo was returned unserved because "dft no longer employed at CSATF . . . per CDC personnel services section, no record found."  Plaintiff must provide additional information to serve this defendant.  Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.  If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

1     Accordingly, IT IS HEREBY ORDERED that:

2           1.  The Clerk of the Court is directed to send to plaintiff one USM-285 form,

3     along with an instruction sheet and a copy of the amended complaint filed December 20, 2004;

4           2.  Within sixty days from the date of this order, plaintiff shall complete and

5     submit the attached Notice of Submission of Documents to the court, with the following

6     documents:

7                 a.  One completed USM-285 form for defendant S. Moncayo;

8                 b.  Two copies of the endorsed amended complaint filed December 20,

9     2004; and

10                c.  One completed summons form (if not previously provided)

11    or show good cause why he cannot provide such information.

12    DATED: 4/18/05

13

14                                              /s/ Gregory G. Hollows

15                                              GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE

16    GGH:bb
      whit2276.8e

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CARL DAVID WHITE,

11            Plaintiff,              No. CIV S-04-2276 GEB GGH P

12       vs.

13   CALIFORNIA DEPARTMENT
     OF CORRECTIONS, et al.,
14                                    NOTICE OF SUBMISSION
          Defendants.
15   _____/    OF DOCUMENTS

16            Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18        __One____      completed summons form

19        __One____      completed USM-285 forms

20        __Two____      copies of the __December 20, 2004___
                                        Amended Complaint
21   DATED:

22

23                                    _____

24                                    Plaintiff

25

26