IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL DAVID WHITE,

    Plaintiff,                        No. CIV S-04-2276 GEB GGH P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.               <u>ORDER</u>

        Defendants have requested an extension of time to file and serve a responsive pleading pursuant to the court's order of January 12, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' April 20, 2005 application for an extension of time is granted; and

        2. Defendants shall file and serve a responsive pleading on or before May 23, 2005.

DATED: 4/27/05

                                        /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:bb
whit2276.36