IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL DAVID WHITE,

      Plaintiff,                    No. CIV S-04-2276 GEB GGH P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

      Defendants.           <u>ORDER</u>

/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. On February 17, 2005, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant S. Mancayo was returned unserved because "dft no longer employed at CSATF . . . per CDC personnel services section, no record found." On April 19, 2005, the court ordered plaintiff to provide additional information to serve defendant. The court directed plaintiff to seek such information through discovery, the California Public Records Act, California Government Code § 6250, or other means available.

        On May 19, 2005, plaintiff filed a motion for court intervention. Plaintiff states that the litigation coordinator did not respond to his request for information regarding the location of defendant Mancayo. Plaintiff requests courts assistance.

1

1 | Plaintiff has not sought information regarding defendant Mancayo's location
2 | through all methods suggested by the court in the April 18, 2005, order. Under these
3 | circumstances, plaintiff's request for court assistance in locating defendant Mancayo is
4 | premature.
5 | Accordingly, IT IS HEREBY ORDERED that plaintiff's May 19, 2005, motion
6 | for court assistance is denied.
7 | DATED: 5/27/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kj
wh2276.ord