1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL DAVID WHITE,

        Plaintiff,                   No. CIV S-04-2276 GEB GGH P

     vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

        Defendants.            ORDER

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On February 17, 2005, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Gonzales was returned unserved because "per CDC personnel svc, unable to locate def. returned unexecuted." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the amended complaint filed December 20, 2004; and

5     2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

      a. One completed USM-285 form for defendant Gonzales;

      b. Two copies of the endorsed amended complaint filed December 20, 2004; and

      c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: 6/9/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
whit2276.8e(2)

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL DAVID WHITE,

        Plaintiff,           No. CIV S-04-2276 GEB GGH P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,
                                NOTICE OF SUBMISSION
        Defendants.
    _____/  OF DOCUMENTS

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        __One__        completed summons form

        __One__        completed USM-285 form

        __Two__        copies of the __December 20, 2004__
                                              Amended Complaint

DATED:

                                                                   Plaintiff