IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL DAVID WHITE,

      Plaintiff,                  No. CIV S-04-02276 GEB GGH P

      vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

      Defendants.           <u>ORDER</u>

           /

      Plaintiff has requested an extension of time to file and serve an opposition to the defendants' May 19, 2005 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's June 13, 2005 request for an extension of time is granted; and

      2. Plaintiff shall file and serve an opposition to the defendants' May 19, 2005 motion to dismiss on or before July 12, 2005.

DATED: 6/24/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
whit2276.36(1)