IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL DAVID WHITE,

    Plaintiff,                    No. CIV S-04-2276 GEB GGH P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.               ORDER

/

        On July 13, 2005, plaintiff filed a motion for discovery.  Plaintiff does not claim that defendants have failed to participate in the discovery process.  Rather, plaintiff seeks a court order directing defendants to respond to his discovery requests.

        Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure.  Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.  Accordingly, plaintiff's motion for discovery is disregarded.

        On July 13, 2005, plaintiff also filed a motion for a pretrial conference.  Pending before the court is defendants' May 19, 2005, motion to dismiss for failure to exhaust

1

administrative remedies and for failure to state a claim. At this point in the litigation, a pretrial conference is premature. Accordingly, plaintiff's July 13, 2005, motion for a pretrial conference is denied.

On July 13, 2005, plaintiff also filed a motion for summary judgment. Because defendants' motion to dismiss, as described above, is pending, plaintiff's summary judgment motion is premature as well. Accordingly, the court will vacate plaintiff's motion and will renotice it following resolution of defendants' motion, if appropriate.

On July 29, 2005, defendants filed a request for extension of time to respond to plaintiff's summary judgment motion. Because plaintiff's motion is vacated, defendants' request for extension of time is denied as unnecessary.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's July 13, 2005, motion for discovery is disregarded;

2. Plaintiff's July 13, 2005, motion for a pretrial conference is denied;

3. Plaintiff's July 13, 2005, summary judgment motion is vacated without prejudice to its renewal at a later time;

4. Defendants' July 29, 2005, request for extension of time is denied as unnecessary.

DATED:   8/16/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kj
whi2276.dis