1 | BILL LOCKYER
Attorney General of the State of California
2 | JAMES M. HUMES
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | MONICA N. ANDERSON
Supervising Deputy Attorney General
5 | VAN KAMBERIAN, State Bar No. 176665
Deputy Attorney General
6 |  1300 I Street, Suite 125
 P.O. Box 944255
7 |  Sacramento, CA 94244-2550
 Telephone: (916) 324-3892
8 |  Fax: (916) 324-5205

9 | Attorneys for Defendants Rhodes, Jett, Prosper,
Schroers, Shannon and Ceaglio
10 | SA2005101004

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**CARL DAVID WHITE,**

Plaintiff,

v.

**CALIFORNIA DEPARTMENT OF CORRECTIONS, et al,**

Defendants.

CASE NO. CIV-S-04-2276 GEB GGH P

**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO DISCOVERY**

Good cause appearing, Defendants are granted a 30 day extension to file a response to Plaintiff's discovery requests. Defendants' response shall be due on or before October 2, 2005.

IT IS SO ORDERED

Dated: 9/13/05

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

wh2276.ext.wpd

[Proposed] Order Granting Defendants' First Request for an Extension of Time to Respond to Discovery

1