IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL DAVID WHITE,

     Plaintiff,                    2:04-cv-02276-GEB-GGH-P

  vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

     Defendants.          <u>ORDER</u>
_____/

        On August 4, 2005, the magistrate judge recommended that defendants Gonzales and Moncayo be dismissed because plaintiff was unable to obtain information necessary to effect their service. On September 19, 2005, this court adopted the findings and recommendations.

        On September 21, 2005, defense counsel filed a copy of a letter he sent to plaintiff on September 12, 2005. In this letter, defense counsel provided plaintiff with information necessary to effect service of defendants Gonzales and Moncayo.

1

1         Good cause appearing, IT IS HEREBY ORDERED that:

2         1.  The September 19, 2005, order dismissing defendants Gonzales and Moncayo is vacated;

4         2.  The court will separately order service of these defendants.

Dated:  November 1, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge
