IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL DAVID WHITE,

               Plaintiff,              No. CIV S-04-2276 GEB GGH P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

              Defendants.           <u>ORDER</u>

_____/

         On November 8, 2005, plaintiff filed a request for a thirty day extension of time to respond to defendants' interrogatories and request for production of documents.

         Good cause appearing, IT IS HEREBY ORDERED that:

         1.  Plaintiff's November 8, 2005, request for extension of time is granted;

         2.  Plaintiff's responses to defendants' discovery requests discussed above are due thirty days from the date of this order.

DATED: 12/7/05

                        /s/ Gregory G. Hollows

                        _____
                        GREGORY G. HOLLOWS
                        UNITED STATES MAGISTRATE JUDGE

wh2276.eot(2)