IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARL DAVID WHITE,** | CIV-S-04-2276 GEB GGH P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS, et al,** | |
| Defendants. | |

Good cause appearing, Defendants Hough and Adams are granted a 35 day extension to file a responsive pleading. Defendants' responsive pleading shall be due on or before January 8, 2006.

IT IS SO ORDERED

Dated: 12/12/05

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

wh2276.eot(3)

Order Granting Defendants' Request for an Extension of Time

1