1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CARL DAVID WHITE,

11            Plaintiff,                    No. CIV S-04-2276 GEB GGH P

12        vs.

13   CA. DEPT. OF CORRECTIONS, et al.,

14            Defendants.          FINDINGS & RECOMMENDATIONS

15   _____/

16            On December 23, 2005 defendants Adams, Hough, Moncayo and Gonzales filed a

17   motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6).  Plaintiff has not opposed the motion.

18            Local Rule 78-230(m) provides in part:  "Failure of the responding party to file

19   written opposition or to file a statement of no opposition may be deemed a waiver of any

20   opposition to the granting of the motion . . . ."  On February 17, 2005, plaintiff was advised of

21   the requirements for filing an opposition to a motion to dismiss and that failure to oppose such a

22   motion may be deemed a waiver of opposition to the motion.

23            Accordingly, plaintiff's failure to oppose should be deemed a waiver of

24   opposition to the granting of the motion.  In the alternative, the court has reviewed the motion

25   and finds that it has merit.

26   /////

1        IT IS HEREBY RECOMMENDED that the December 23, 2005, motion to

2  dismiss filed by defendants Adams, Hough, Moncayo and Gonzales be granted.

3        These findings and recommendations are submitted to the United States District

4  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

5  days after being served with these findings and recommendations, any party may file written

6  objections with the court and serve a copy on all parties.  Such a document should be captioned

7  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

8  shall be served and filed within ten days after service of the objections.  The parties are advised

9  that failure to file objections within the specified time may waive the right to appeal the District

10  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

11  DATED:  3/22/06

                    /s/ Gregory G. Hollows

12                  _____

                    UNITED STATES MAGISTRATE JUDGE

13  GGH:035
whit2276.46