1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CARL DAVID WHITE,

11          Plaintiff,                    No. CIV S-04-2276 GEB GGH P

12       vs.

13   CALIFORNIA DEPARTMENT OF
     CORRECTIONS, et al.,

14
            Defendants.                   ORDER

15
     _____/

16

17          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

18   42 U.S.C. § 1983.  Pending before the court is plaintiff's second amended complaint filed

19   February 23, 2006.  For the following reasons, the second amended complaint is dismissed.

20          On November 2, 2005, the court issued an order and findings and

21   recommendations addressing the motion to dismiss filed on behalf of defendants Rhodes, Jett,

22   Prosper, Schroers, Shannon and Ceaglio.  The court recommended that the claims against

23   defendants Prosper and Shannon be dismissed.  The court dismissed with leave to amend

24   plaintiff's claims against the remaining defendants that imposition of the R suffix caused plaintiff

25   to suffer from increased risk of safety.  The court found that plaintiff had failed to demonstrate

26   that his increased risk of safety was caused by the R suffix.  The court also dismissed plaintiff's

1

1  claims against defendants Ceaglio and Schroers because plaintiff had failed to link these

2  defendants to the alleged deprivations.  The court granted plaintiff thirty days to file an amended

3  complaint.

4         Thirty days passed and plaintiff did not file an amended complaint.  Accordingly,

5  on January 19, 2006, the court recommended that the remaining claims against defendants

6  Rhodes, Jett, Schroers and Ceaglio be dismissed.  Plaintiff was granted twenty days to file

7  objections but failed to do so.

8         On February 23, 2006, plaintiff filed the pending second amended complaint.  The

9  second amended complaint is dismissed for two reasons.  Fed. R. Civ. P. 15(a).  First, the second

10 amended complaint is dismissed because it is untimely. Second, the second amended complaint

11 is dismissed because it does not cure the pleading defects discussed in the November 2, 2005,

12 order.  The second amended complaint does not link plaintiff's increased risk of safety to the R

13 suffix. The second amended complaint also fails to link defendants Ceaglio and Schroers to the

14 alleged deprivations.

15        On March 2, 2006, plaintiff filed a summary judgment motion.  This motion is

16 premature because the court has recommended dismissal of the claims against defendants

17 Rhodes, Jett, Schroers and Ceaglio.  This motion is also premature because a motion to dismiss

18 on behalf of the remaining defendants is pending.

19        Accordingly, IT IS HEREBY ORDERED that:

20        1. Plaintiff's second amended complaint filed February 23, 2006, is dismissed;

21        2. Plaintiff's March 2, 2006, summary judgment motion is vacated.

22 DATED:  3/22/06

                                  /s/ Gregory G. Hollows
23
                                  _____
                                  GREGORY G. HOLLOWS
24                                UNITED STATES MAGISTRATE JUDGE
   ggh:kj
25 wh2276.den

26

2